IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Nicola SeNee' Hodges

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

East St. Louis School District 189

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 21-541-SMY
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nicola Hodges |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | 618-560-0530 |
| E-mail Address | nicola.paulette@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | East St. Louis School District 189 |
| Job or Title (if known) | 1005 State |
| Street Address | 1005 State St. |
| City and County | East St. Louis |
| State and Zip Code | IL |
| Telephone Number | 618-646-3000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____
    (if known)

Defendant No. 3

    Name  _____

    Job or Title  _____
    (if known)

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____
    (if known)

Defendant No. 4

    Name  _____

    Job or Title  _____
    (if known)

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____
    (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq.,

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a.  If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.  If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a.  If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*of lost wages, health insurance. Paying an attorney and emotional distress.*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*1. July 12, 2019 Plantiff was on summer break and received email from head principal Justin Moore requesting to meet, no meeting ever happened due to mr. Moore constantly rescheduling and then canceling.*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff is asking the court to order for payment of back wages, reimbursement of all attorney fees paid, reimbursement of health insurance paid and punitive damages of $75,000.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 7, 2021.

Signature of Plaintiff: /s/ Nicola Hodges
Printed Name of Plaintiff: Nicola Hodges
1232 Hillock Lane
OFallon IL 62269

#### B. For Attorneys

Date of signing: _____, 20__.

6

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

# Statement of claim

2.August 5, 2019 plaintiff received email from LaToya Greenwood stating there would be a disciplinary hearing on August 13, 2019.

3.August 13, 2019 disciplinary hearing happened, plaintiff was advised if she did not sign a memorandum of understanding on the matter of signing in and signing out at wrong time, she would be terminated.

4.August 20, 2019 union president signed Memorandum of Understanding without the plaintiff being present or being aware.

5.August 26, 2019 lead librarian Donna Cameron told plaintiff to perform job duties not noted in her job description.

6.August 26, 2019 plaintiff sent email to head principal Justin Moore requesting help on the matter of performing duties not in her job description with no response.

7.September 19, 2019 plaintiff sent email to district administration requesting help for feeling like she was being bullied and targeted by Donna Cameron.

8.September 19, 2019 plaintiff met with Tina Frye and LaToya Greenwood at the district office, was advised that she is the one who needs her job and to follow suite.

9.September 19, 2020 plaintiff advised Union President of meeting and was told no union representation was needed.

10.September 23, 2019 plaintiff met with LaToya Greenwood, Justin Moore, Donna Cameron, Union President and Vice President, was advised its Ms Cameron's library she can do what she wants.

11.October 25, 2019 LaToya Greenwood requested that the plaintiff come to the district office to sign Memorandum of Understanding from August 13, 2019 hearing.

12.November 7, 2019 plaintiff met with Donna Cameron and Union President.

13.November 22, 2019 plaintiff received email from LaToya Greenwood requesting that the plaintiff go to the district office to sign Memorandum of Understanding from August 13, 2019 hearing.

14. January 23. 2020 plaintiff received email from head principal Justin Moore requesting meeting.

15. January 24, 2020 plaintiff met with Justin Moore, advised she was being written up for excessive tardiness and absenteeism and that disciplinary action from the district office was being requested.

16. January 31, 2020 plaintiff requested a grievance be filed against head principal Justin Moore for the false information put on the write up.

17. February 18, 2020 plaintiff attended disciplinary hearing and was told she was terminated.

18. June 10, 2020 union Vice President attended meeting with Tina Frye regarding grievance filed, to date no answer.

19. May 28, 2021 plaintiff filed charge of retaliation with EEOC after multiple attempts of trying to collect 2020 W2 with no luck